# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Bertram, Kyle Allen | Docket No. | 2:14CR00036-JLQ-3 |

**Petition for Action on Conditions of Pretrial Release**

  COMES NOW, Melissa Hanson, pretrial services officer, presenting an official report upon the conduct of defendant Kyle Allen Bertram, who was placed under pretrial release supervision by the Honorable John T. Rodgers sitting in the court at Spokane, Washington, on the 2nd day of June 2014, under the following conditions:

**Special Condition: Prohibited Substance Testing**: **If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month.** Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing. Full mutual releases shall be executed to permit communication between the court, pretrial services, and the treatment vendor. Treatment shall not interfere with defendant's court appearances.

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Mr. Bertram failed to submit to a urinalysis test on or about June 16, 2014.

**Violation #2:** Mr. Bertram failed to submit to a urinalysis test on or about June 17, 2014.

**Violation #3:** Mr. Bertram consumed a controlled substance, methamphetamine, on or about June 15, 2014.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: June 18, 2014 |
| by | s/Melissa Hanson |
|  | Melissa Hanson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
John T. Rodgers,
U.S. Magistrate Judge

June 19, 2014